IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID PERRY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-3255 |
| | : | |
| ANDREW SAUL | : | |
| *COMMISSIONER OF SOCIAL* | : | |
| *SECURITY* | : | |

# ORDER

AND NOW, this 15th day of September, 2020, upon consideration of Plaintiff David Perry's Brief and Statement of Issues in Support of Request for Review, the Commissioner of Social Security's response, and Perry's reply, and after careful independent review of the Report and Recommendation (R&R) of United States Magistrate Judge Marilyn Heffley, Perry's objections thereto, and the Commissioner's response, and for the reasons stated in the accompanying Memorandum, it is ORDERED:

1. Perry's Objections (Document 17) are SUSTAINED in part and OVERRULED in part as stated in the accompanying Memorandum.

2. The R&R (Document 16) is APPROVED and ADOPTED in part as stated in the accompanying Memorandum. The remainder of the R&R is NOT ADOPTED;

3. Perry's Request for Review (Document 12) is GRANTED in part.

4. This case is REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further review consistent with the accompanying Memorandum.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.